UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. RANDAL JONESDocket Number: 04-cr-00463-MSK-13

**Petition for Issuance of a Summons Due to Violations of Probation**

      COMES NOW, Marcee Fox, probation officer of the court, presenting an official report upon the conduct and attitude of Randal Jones, who was placed on supervision by the Honorable Marcia S. Krieger sitting in the court at Denver, Colorado, on the 19th day of August, 2005, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with the periodic payment obligations imposed pursuant to the court's judgment and sentence.

2. Within 60 days of entry of judgment the defendant and his probation officer will submit a proposed schedule of payments which is formatted in accordance with his income and expenses and which specifies the amount to be paid and credited against the restitution obligation of $51,533.19.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a probation violation hearing and that the court consider revocation of probation.

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this __11th____ day of July, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Marcee Fox |
| | Marcee Fox<br>Senior United States Probation Officer |
| *s/Marcia S. Krieger* | |
| Marcia S. Krieger<br>United States District Judge | Place: Denver, Colorado |
| | Date: July 8, 2008 |

ATTACHMENT

On September 13, 2005, the conditions of probation were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of probation commenced on August 26, 2005.

The defendant has committed the following violations of probation:

**1.)** **LEAVING THE DISTRICT OF COLORADO WITHOUT PERMISSION OF THE PROBATION OFFICER:**

On or about February 20, 2008, the defendant left the District of Colorado and traveled to the Eastern District of Virginia without permission of the probation officer or the Court, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On March 12, 2008, the probation officer received notification from a United States Secret Service agent that the defendant was contacted and questioned on February 20, 2008, while they assisted the Loudoun County Sheriff's Office with a search warrant at 13457 Farm Crest Court, #737, Herndon, Virginia. The defendant was found in one of the bedrooms of the residence. According to investigators, a significant amount of the defendant's clothing was at this residence and it appeared that he had been staying there for several weeks with his girlfriend, Melanie Caple.

On April 8, 2008, the defendant reported to the probation office and was asked why he was in the State of Virginia. He denied that he had left the State of Colorado. He claimed that his girlfriend had stolen his wallet and taken his identification and social security card to Virginia with her. After he was told that the probation officer was in possession of a photo of the defendant taken on February 20, 2008, in Herndon, Virginia, the defendant admitted that he was at that location. The defendant claimed that he had just arrived there and was seeking employment because he could not find work in Colorado. The defendant stated that he would have reported this out-of-state location to the probation office after he obtained employment.

**2.)   FAILURE TO REPORT LAW ENFORCEMENT CONTACT TO THE PROBATION OFFICER:**

On or about February 20, 2008, the defendant was contacted by the Loudoun County Sheriff's Department and United States Secret Service in the State of Virginia and failed to report this contact to the probation officer, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On March 12, 2008, the probation officer received notification from a United States Secret Service agent that the defendant was contacted and questioned on February 20, 2008, while they assisted the Loudoun County Sheriff's Department with a search warrant at 13457 Farm Crest Court, #737, Herndon, Virginia. The defendant was found in one of the bedrooms of the residence. According to investigators, a significant amount of the defendant's clothing was at this residence and it appeared that he had been staying there for several weeks with his girlfriend, Melanie Caple.

**3.)   MAKING A FALSE STATEMENT TO THE PROBATION OFFICER:**

On or about April 8, 2008, the defendant stated that he had not left the State of Colorado in response to a question from the probation officer asking him if he was in the State of Virginia on February 20, 2008, when, in fact, he was contacted in Herndon, Virginia, by officers of the Loudoun County, Virginia, Sheriff's Department, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On March 12, 2008, the probation officer received notification from a United States Secret Service agent that the defendant was contacted and questioned on February 20, 2008, while they assisted the Loudoun County Sheriff's Office with a search warrant at 13457 Farm Crest Court, #737, Herndon, Virginia. The defendant was found in one of the bedrooms of the residence.

On April 8, 2008, the defendant reported to the probation office and was asked why he was in the State of Virginia. He denied that he had left the State of Colorado. He claimed that his girlfriend had stolen his wallet and taken his identification and social security card to Virginia with her. After he was told that the probation officer was in possession of a photo taken of the defendant on February 20, 2008, in Herndon, Virginia, the defendant admitted that he was at that location. The defendant claimed that he had just arrived there and was seeking employment because he couldn't find work in Colorado.

4.) **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS BY THE FIFTH DAY OF EACH MONTH AS DIRECTED BY THE PROBATION OFFICER:**

In or about October 2006, November 2006, December 2006, April 2007, May 2007, July 2007, October 2007, November 2007, December 2007, January 2008, February 2008, March 2008, May 2008, and June 2008, the defendant failed to submit written monthly supervision reports by the fifth day of each month, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

The defendant failed to submit monthly supervision reports by the fifth day of the month for the months of October 2006, November 2006, December 2006, April 2007, May 2007, July 2007, October 2007, November 2007, December 2007, January 2008, February 2008, March 2008, May 2008, and June 2008. The last monthly supervision report that the probation officer received from the defendant was for the month of March 2008, which was submitted on April 8, 2008.

5.) **FAILURE TO PAY RESTITUTION AS DIRECTED BY THE PROBATION OFFICER:**

In or about October 2005, November 2005, December 2005, January 2006, April 2006, May 2006, June 2006, July 2006, August 2006, October 2006, November 2006, December 2006, January 2007, February 2007, March 2007, April 2007, May 2007, June 2007, October 2007, November 2007, December 2007, January 2008, February 2008, March 2008, April 2008, May 2008, and June 2008, the defendant failed to make payments toward his restitution as directed by the probation officer, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On September 13, 2005, the defendant signed a Payment Plan, agreeing to make monthly installment payments toward restitution at a rate of at least $100.00 per month during the term of probation. The defendant failed to make payments during the months of October 2005, November 2005, December 2005, January 2006, April 2006, May 2006, June 2006, July 2006, August 2006, October 2006, November 2006, December 2006, January 2007, February 2007, March 2007, April 2007, May 2007, June 2007, October 2007, November 2007, December 2007, January 2008, February 2008, March 2008, April 2008, May 2008, and June 2008.

The defendant made payments during the months of February 2006, March 2006, September 2006, July 2007, August 2007, and September 2007.

### 6.)     FAILURE TO WORK REGULARLY AT A LAWFUL OCCUPATION:

The defendant has failed to work regularly at a lawful occupation since January 2008, without having been excused from work by the probation officer, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

At the onset of supervision, the defendant reported working at First Choice Mortgage, located at 13900 East Harvard Avenue #201, Aurora, Colorado. Several contacts were made with the defendant at this location beginning in October 2005. On January 5, 2007, and March 28, 2007, the defendant was contacted at home and reported that he was not working those dates. In May 2007, the defendant reported that their office location had moved and that they were renting a space at Office Evolution. On June 26, 2007, the probation officer attempted to contact the defendant at his reported work address and no one was there.

In November 2007, the probation officer contacted the defendant's supervisor by phone and was told that the defendant was not at work and he had not seen him for at least one week. On December 13, 2007, the defendant reported to the probation office and stated that his salary was reduced from $3,500 to $2,500 per month.

On January 25, 2008, the probation officer met with the defendant at his mother's residence. He reported that he had been seeking employment but had not been able to find anything. The defendant reported to the probation office on April 8, 2008, and again stated that he was continuing to seek employment but had not found anything. The defendant has not reported obtaining new employment to the probation officer.